# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

EDWARD DENELL HARVEY                       PLAINTIFF

v.                  No. 5:13-cv-246-DPM

RONNIE CARR, Sheriff;
ALLEN CHEEK, Sheriff; and
DANNY ROUSH, Deputy                       DEFENDANTS

## JUDGMENT

Harvey's complaint is dismissed without prejudice. The Court certifies that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith. 28 U.S.C. § 1915(a)(3).

 

_____
D.P. Marshall Jr.
United States District Judge

14 August 2013