
# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**EDWARD DENELL HARVEY**                                                **PLAINTIFF**

v.                                   No. 5:13-cv-246-DPM

**RONNIE CARR, Sheriff;**
**ALLEN CHEEK, Sheriff; and**
**DANNY ROUSH, Deputy**                                                 **DEFENDANTS**

## JUDGMENT

Harvey's complaint is dismissed without prejudice. The Court certifies that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith. 28 U.S.C. § 1915(a)(3).

*[signature]*

D.P. Marshall Jr.
United States District Judge

14 August 2013